IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01869-WYD-MJW

RICHTER SCALE PRODUCTIONS, INC.,

Plaintiff(s),

v.

SUSAN KENNEDY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 22) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraphs 8 and 9 and made an Order of Court.

Date: December 1, 2005