IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01869-WYD-MJW

RICHTER SCALE PRODUCTIONS, INC., a Colorado corporation,

    Plaintiff,

v.

SUSAN KENNEDY, an individual,

    Defendant.

---

**ORDER**

---

    THIS MATTER is before the Court on Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) and 12(b)(1) filed November 23, 2005.  Attached to the Motion are exhibits, and Plaintiff's Opposition to Defendant's Motion attaches numerous matters outside of the pleadings.  Pursuant to the Federal Rules of Civil Procedure, if matters outside the pleadings are presented to and not excluded by the Court, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment. FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995).

    The Court finds that it is appropriate to consider the matters outside of the pleadings that were presented by the parties in resolving Defendant's motion. Accordingly, notice is hereby given that Defendant's Motion to Dismiss is converted to a Motion for Summary Judgment.  Any party who wishes to submit additional materials for the Court to consider in connection with the Motion for Summary Judgment may do

so by **Friday, January 13, 2006**.

Dated:  January 3, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge