IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01869-WYD-MJW

RICHTER SCALE PRODUCTIONS, INC., a Colorado corporation,

    Plaintiff,

v.

SUSAN KENNEDY, an individual,

    Defendant.

---

**ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to file Response to "Supplemental Brief in Support of Motion for Summary Judgment (Converted from Motion to Dismiss)" on or before January 30, 2006 (# 32), filed January 13, 2006, is **GRANTED**.  Plaintiff shall have until and including **Monday, January 30, 2006**, to file its response.

    Dated:  January 13, 2006

                                                 <u>s/ M. Brooke McKinley</u>
                                                 Law Clerk to
                                                 Wiley Y. Daniel
                                                 U. S. District Judge