IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 05-cv-01869 WYD-MJW

RICHTER SCALE PRODUCTIONS, INC., a Colorado corporation,

    Plaintiff

SUSAN KENNEDY, an individual,

    Defendant

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
( Docket No. 34 )

---

THIS MATTER comes upon Defendant's Unopposed Motion to Amend Scheduling Order. The Court having reviewed the Motion, and its premises, hereby

GRANTS Defendant's Motion. Harold Richter's deposition is now scheduled for February 6, 2006 and Sue Kennedy's deposition is scheduled for February 7, 2006.

Dated this 27th day of January, 2006.

BY THE COURT:

_/s/ Michael J. Watanabe_
U.S. District Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

1202973_1.doc