IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01869-WYD-MJW

RICHTER SCALE PRODUCTIONS, INC., a Colorado corporation,

    Plaintiff,

v.

SUSAN KENNEDY, an individual,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff's Unopposed Emergency Motion to Seal Court File and Have Defendant Destroy Inadvertently Filed Document (# 41), filed January 31, 2006.  Having reviewed the motion and being otherwise fully advised, it is

ORDERED that Plaintiff's Unopposed Emergency Motion to Seal Court File and Have Defendant Destroy Inadvertently Filed Document (# 41) is **GRANTED** to the extent it seeks to seal Plaintiff's Response.  It is

FURTHER ORDERED that Plaintiff's Response (# 38) shall be **SEALED**.  It is

FURTHER ORDERED that Defendant shall destroy all copies of this document that are held by Defendant and her counsel.

Dated: February 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge