IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01869-WYD-MJW

RICHTER SCALE PRODUCTIONS, INC., a Colorado corporation,

    Plaintiff,

v.

SUSAN KENNEDY, an individual,

    Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Motion for Default (# 43), filed February 2, 2006.  Plaintiff states that because Defendant has not filed an answer in this matter, default judgment is appropriate.  I disagree.

On November 23, 2005, Defendant filed a Motion to Dismiss.  The Court later converted Defendant's Motion to Dismiss to a Motion for Summary Judgment due to the attachment of matters outside the pleadings.  The Court did not order Defendant to file an answer at that time, and, to date, Defendant has not filed an answer.  Because Defendant filed a Motion to Dismiss that upon the Court's decision was converted to a Motion for Summary Judgment, I find that default judgment is not appropriate. Accordingly, it is

ORDERED that Plaintiff's Motion for Default Judgment is **DENIED**.  It is

FURTHER ORDERED that Defendant shall file an answer by **Monday, February**

**13, 2006**.

Dated:  February 3, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge