IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01869-WYD-MJW

RICHTER SCALE PRODUCTIONS, INC., a Colorado corporation,

      Plaintiff,

v.

SUSAN KENNEDY, an individual,

      Defendant.

---

## ORDER

THIS MATTER is before the Court on Lisa C. Walter's Unopposed Motion to Withdraw as Counsel [# 70], filed August 23, 2006.  Withdrawal of counsel is governed by D.C.COLO.LCivR 83.3D.  Having reviewed the Motion, I find that Ms. Walter has not fully complied with the requirements of the Local Rule.

Counsel states that she has provided notice of her withdrawal to her client, the Defendant in this matter, as required by the Local Rule.  However, the Local Rule also states, "An attorney who has appeared in a case may seek to withdraw on motion showing good cause. . . . A motion to withdraw must state the reasons for withdrawal unless the statement would violate the rules of professional conduct." D.C.COLO.LCivR 83.3D.  Ms. Walter has not shown good cause for withdrawal.  She has also failed to stated the reasons for her withdrawal.  Accordingly,

   Lisa C. Walter's Unopposed Motion to Withdraw a Counsel is **DENIED**

**WITHOUT PREJUDICE**.

Dated:  August 24, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge