IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01869-WYD-MJW

RICHTER SCALE PRODUCTIONS, INC., a Colorado corporation,

    Plaintiff,

v.

SUSAN KENNEDY, an individual,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Joint (1) Motion for Third Extension of Time to Reply to Plaintiff's Objection to Defendant's Motion to Amend Answer and Counterclaim and (2) Motion for Extension of Deadline to File Settlement Papers [# 74], filed September 22, 2006, is **GRANTED**. Defendant has up to and including **Friday, October 13, 2006**, in which to file her Reply to Plaintiff's Objection to Defendant's Motion to Amend Answer and Counterclaim, and the parties have until the same day to file their papers disposing of the case.

    In light of the parties' settlement of this matter, Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) and 12(b)(1) [# 18], filed November 23, 2005, and Plaintiff's Partial Motion for Summary Judgment with Incorporated Legal Authority for Copyright Infringement (Liability and Permanent Injunction [# 50], filed March 21, 2006, are **DENIED WITHOUT PREJUDICE**.

    Dated:  September 22, 2006