IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01869-WYD-MJW

RICHTER SCALE PRODUCTIONS, INC., a Colorado corporation,

    Plaintiff,

v.

SUSAN KENNEDY, an individual,

    Defendant.

## PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulated Motion for Permanent Injunction and Dismissal With Prejudice.  Good cause having been shown, it is

ORDERED that Defendant Susan Kennedy, along with her agents, servants, employees, representatives, affiliates, successors, and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (a)    using or reproducing in any manner the photograph registered with the Library of Congress under no. VA 1-311-650; and

    (b)    infringing of any of Richter Scales' trademarks, service mark and/or copyrights, or of Richter Scales' rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Richter Scales' name, reputation, or goodwill; and,

  (c) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (b) above.  It is

FURTHER ORDERED that this case is dismissed with prejudice, each party to pay its own costs and fees.

  Dated:  October 19, 2006

            BY THE COURT:

            <u>s/ Wiley Y. Daniel</u>
            Wiley Y. Daniel
            U. S. District Judge